■ In the Matter of ALLEN J. BODNER, a Suspended Attorney. [614 NYS2d 897] —Application for reinstatement as an attorney and counselor-at-law in the State of New York re-

ferred to the Departmental Disciplinary Committee to hear and report as indicated in this Court's order. No opinion. Concur—Ellerin, J. P., Wallach, Kupferman, Ross and Nardelli, JJ.